# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:   SCHEDULE OF HOLIDAYS  :  No. 544 JUDICIAL ADMINISTRATION
        FOR YEAR 2022 FOR STAFFS:  DOCKET
        OF THE APPELLATE COURTS :
        AND THE ADMINISTRATIVE   :
        OFFICE OF PENNSYLVANIA   :
        COURTS                    :

## ORDER

**PER CURIAM**:

      **AND NOW**, this 31st day of December, 2020, it is hereby ordered that the following paid holidays for calendar year 2022 will be observed on the dates specified below by all employees of the appellate courts and the Administrative Office of Pennsylvania Courts:

| | | |
|---|---|---|
| December | 31, 2021 | New Year's Day Observed |
| January | 17, 2022 | Martin Luther King, Jr. Day |
| February | 21, 2022 | Presidents' Day |
| April | 15, 2022 | Good Friday |
| May | 30, 2022 | Memorial Day |
| July | 04, 2022 | Independence Day |
| September | 05, 2022 | Labor Day |
| October | 10, 2022 | Columbus Day |
| November | 08, 2022 | Election Day** |
| November | 11, 2022 | Veterans' Day |
| November | 24, 2022 | Thanksgiving Day |
| November | 25, 2022 | Day after Thanksgiving |
| December | 26, 2022 | Christmas Day Observed |

**AOPC only; Appellate courts will be open.